

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-20-00222-CR

Jose Humberto **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016CRS000772D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 19, 2021.

_____
Rebeca C. Martinez, Chief Justice